IN THE SUPREME COURT OF THE STATE OF NEVADA

JOHN DAVID PAMPLIN,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK,
Respondent,
    and
THE STATE OF NEVADA,
Real Party in Interest.

No. 83332

FILED

SEP 02 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## ORDER DENYING PETITION

This is an original petition for a writ of mandamus seeking to compel the district court to entertain jurisdiction over a motion for new trial or to vacate judgment and a motion to withdraw guilty plea.

Petitioner alleges that the district court divested itself of jurisdiction over petitioner's motion for new trial or to vacate judgment pursuant to NRS 176.515, filed on June 24, 2021, and a motion to withdraw plea of guilty pursuant to NRS 176.165, filed on June 30, 2021, because it failed to hold the hearing on the motions that was scheduled for July 7, 2021. Petitioner seeks a writ of mandamus to compel the district court to entertain jurisdiction over those motions and reach a decision on them. However, upon a review of the district court's docket, it appears that the district court has addressed the motions and issued a minute order denying the motions on July 6, 2021, and that a written order denying the motions was issued on July 30, 2021. Under these circumstances, we conclude that the issues presented in this petition are now moot and this court's

21-25614

intervention by way of extraordinary writ is not warranted. *Nat'l Collegiate Athletic Ass'n v. Univ. of Nev., Reno*, 97 Nev. 56, 58, 624 P.2d 10, 11 (1981). Accordingly, we

ORDER the petition DENIED.

_____, C.J.
Hardesty

_____, J.
Parraguirre

_____, J.
Cadish

cc: John David Pamplin
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk